EAST RIVER SAVINGS BANK, Plaintiff, v. FEE SIMPLE ESTATES, INC., Defendant, Appellant, Impleaded with Others, Defendants, HARRY GILDIN, Appellant, and FRANCIS L. VALENTE, as Receiver, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Martin, P. J., and Townley, J., dissent and vote to reverse and deny the motion.

MORIZ OESTERREICHER, Respondent, v. JACQUES OESTERREICHER, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

ROSE BLUMENTHAL, Respondent, v. HENRY A. BLUMENTHAL, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

AIMEE S. GUGGENHEIM (Suing in Her Own Behalf and in Behalf of Others Similarly Situated), Appellant, v. GUARANTY TRUST COMPANY OF NEW YORK, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

TUXEDO BLOUSE Co., INC., Respondent, v. EVERETT SALES & EQUIPMENT CORP., Appellant, Impleaded with Another, Defendant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

JOSEPHINE PARKAS, Respondent, v. PETER PARKAS, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

STERLING FUR DYERS, INC., Appellant, v. STEINFUR PATENTS CORPORATION, Respondent.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

ELIZABETH DOUGHERTY, an Incompetent, by THOMAS A. DOUGHERTY, Her Guardian ad Litem, Respondent, v. W. & S. FLORAL DECORATING, INC., and Another, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Bill of particulars to be served within ten days after completion of the examination before trial. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.